UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:26-CR-00366(1)-DAE |
| | § | |
| (1) Francisco Javier Martinez-Montelongo | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 13, 2026, wherein the defendant Martinez-Montelongo waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Martinez-Montelongo to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Martinez-Montelongo's plea of guilty to Count One of the Indictment is accepted.

Signed this 28th day of August, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE